**DISMISS; and Opinion Filed April 22, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00395-CV**

**IN RE LESTER TRICHE, Relator**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. MA-09-15662**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice O'Neill

Relator asserts that the trial court has failed to rule on his motion for speedy trial and to quash a detainer. The facts and issues are well known to the parties, so we need not recount them herein. The State has responded to the petition and informed the Court that the trial court has dismissed the case against relator on the State's motion. Accordingly, we **DISMISS** this petition as moot. *See Dow Chem. Co. v. Garcia*, 909 S.W.2d 503, 505 (Tex. 1995) (orig. proceeding).

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

130395F.P05